No. 91–8721. CURTIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8722. BLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8723. BANKOV *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8726. GORDON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8727. ALEXANDER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–8728. WARD *v.* MINICK ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–8730. WILLIAMS *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 91–8731. WRIGHT *v.* BETTMANN ET AL.; and WRIGHT *v.* CROTTY ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–8733. BARDWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8734. ALPAR *v.* UNITED STATES DEPARTMENT OF THE INTERIOR ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8735. SUTTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8737. DEBROPHY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8738. BAUER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8739. BALAWAJDER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–8740. DAVIS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.